UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NATHANAEL KEITH                                         No. C 13-04881 CRB (MEJ)

                Plaintiff(s),                         **NOTICE OF REFERRAL FOR DISCOVERY**

   v.

SHERROD ET AL

                Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

      This case has been referred to Magistrate Judge Maria-Elena James for discovery. The parties must comply with Judge James' Discovery Standing Order, which is available on the Court's website at http://www.cand.uscourts.gov/mej. A copy is enclosed herewith for any pro se party.

      The parties are advised that they must meet and confer <u>in person</u> before any dispute is considered. Thus, any pending discovery motions are hereby DENIED WITHOUT PREJUDICE to the filing of a joint letter. If the parties submitted a letter to the presiding judge instead of a motion, the letter shall not be considered unless the parties attest that they met and conferred <u>in person</u> prior to filing the letter. Accordingly, within three days from issuance of this notice, the parties shall file a joint statement verifying that they met in person prior to filing the letter.

      Please contact the Courtroom Deputy Clerk, Rose Maher, at (415) 522-4708 with any questions.

      **IT IS SO ORDERED**

Dated: October 24, 2013

                                                      _____
                                                      Maria-Elena James
                                                      United States Magistrate Judge